PD-0078-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/23/2015 2:42:03 PM
Accepted 4/23/2015 3:25:56 PM
ABEL ACOSTA
CLERK



**Public Defender's Office**

Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278 eFax

April 23, 2015

FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX 78701

Re: *State of Texas v. Jose Vasquez*, CCA No. PD-0078-15, COA No. 14-12-00096-CR

To the Clerk of the Court:

On January 26, 2012, I was appointed to represent Jose Vasquez in the direct appeal of his conviction in trial cause number 1333231 in the 228th District Court of Harris County, Texas. A copy of the Pauper's Oath on Appeal appointing me to the case is attached to this letter.

I have represented Mr. Vasquez throughout the entirety of his appeal and will continue to do so before the Court of Criminal Appeals, by both authoring a brief and presenting oral arguments on his behalf.

Sincerely,

Mark Kratovil
Assistant Public Defender

cc: Eric Kugler (via eFile Texas)

attachment: Pauper's Oath on Appeal in trial cause no. 1333231, *Vasquez v. State*

# PaUPE 'S OATH ON APPEAL

CAUSE NO.: 1333231

THE STATE OF TEXAS

VS. Jose Vasquez

OFFENSE: Capital Murder

228 DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk
JAN 27 2012

Time: _____
Harris County, Texas
By _____
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Jose Vasquez, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

[X] Appoint appellate counsel to represent him.

[X] Asks the court to order that a free record be provided to him.

X _Jose Vasquez_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 26 day of January A.D., 20 12.

_____
DEPUTY DISTRICT CLERK
228 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On 1-26-12 the court conducted a hearing and found that the defendant is indigent.

[X] The court orders that Public Defenders Office is appointed to represent defendant/appellant on appeal.

[X] The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: Trish Matthews, by certified mail return receipt requested.

_____
JUDGE PRESIDING
228 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Mark Kratovil (Public Defender's Ofc.), Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

24076098/0256 1390
BAR/SPN NUMBER

1201 Franklin, 13th Floor
ADDRESS

Houston       TX       77002
CITY       STATE       ZIP

(713) 368-0016
PHONE

(713) 437-4339
FAX NUMBER

mark.Kratovil@pdo.hctx.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

22/996 : 00164